HONORABLE RONALD B. LEIGHTON

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>JUSTIN LASYONE<br><br>　　　　　Defendant. | Case No. CR07-5284RBL<br>Case No. C07-5438RBL<br><br>ORDER |

THIS MATTER is before the Court on Defendant's Motion pursuant to 28 U.S.C. §2255. The record reflects that defendant filed the instant motion on August 15, 2007 and filed a Notice of Appeal of his Judgment and Commitment on August 20, 2007. Absent extraordinary circumstances not present here, this Court should not consider a collateral attack on a judgment while a direct appeal is pending. *See Feldman v. Henman*, 815 F.2d 1318, 1320 (9th Cir. 1987), cert. denied, 503 U.S. 975 (1992); *United States v. Pirro*, 104 F.3d 297, 299 (9th Cir. 1997). Therefore, the Motion pursuant to 28 U.S.C. §2255 is **DISMISSED WITHOUT PREJUDICE**. The defendant may re-file the motion, if necessary, after the conclusion of his direct appeal.

**IT IS SO ORDERED.**

ORDER
Page - 1

1     The Clerk shall send uncertified copies of this order to all counsel of record, and to any party appearing

2 pro se.

3     Dated this 27th day of August, 2007.

                         /s/ Ronald B. Leighton
                         RONALD B. LEIGHTON
                         UNITED STATES DISTRICT JUDGE