AO 450 (Rev. 5/85) (Mod. 10/93)  Judgment in a Civil Case ○

# United States District Court
**WESTERN DISTRICT OF WASHINGTON**

JUDGMENT IN A CIVIL CASE

JUSTIN LASYONE,

       Petitioner,            CASE NUMBER: C07-5438RBL

       v.

UNITED STATES OF AMERICA,

       Respondent,

[ √ ]   **Decision by Court.**  This action came under consideration before the Court.  The issues have been considered and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

Petitioner's Motion pursuant to 28 U.S.C. §2255 is DISMISSED WITHOUT PREJUDICE.

*DATED :* August 28, 2007

                                    BRUCE  RIFKIN
                              *Clerk*

                                /s/   Jean Boring
                              *(By) Deputy Clerk*, Jean Boring